0610.120
1  STEVEN T. GUBNER (SBN: 156593)
   LESLEY B. DAVIS (SBN: 188731)
2  **EZRA | BRUTZKUS | GUBNER LLP**
   21650 Oxnard Street, Suite 500
3  Woodland Hills, California  91367
   Telephone: 818-827-9000
4  Facsimile: 818-827-9099
   e-mail:  sgubner@ebg-law.com
5           ldavis@ebg-law.com

6  Attorneys for Plaintiff,
   KAWASAKI MOTORS FINANCE CORPORATION

7



8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10      **SOUTHERN DIVISION – SANTA ANA COURTHOUSE**

11  KAWASAKI MOTORS FINANCE        )    CASE NO.  CV 07 00359 CJC (JWJx)
    CORPORATION,  a Delaware       )
12  corporation,                   )
                                   )    **JUDGMENT**
13                                 )
              Plaintiff,           )
14                                 )
                                   )    Date:    November 19, 2007
15       vs.                       )    Time:    1:30 p.m.
                                   )    Place:   United States District Court
16  MIDSOUTH POWERSPORTS,          )             Courtroom 9B
    LLC, a Tennessee Limited Liability )          411 West Fourth Street
17  Company; aka MID SOUTH         )             Santa Ana, CA  92701-4516
    POWER SPORTS, LLC; DONALD      )
18  B. LONG, III, an individual,   )
                                   )
19                                 )
                                   )
20            Defendants.          )
                                   )
21  _____ )

22

23       The Application of Kawasaki Motors Finance Corporation for the entry of

24  Default Judgment as to Defendant, Donald B. Long, III, came on for hearing,

25  having been duly noticed, on November 11, 2007 at 1:30 p.m. before the

26  Honorable Cormac J. Carney, United States District Judge.  The Court having

27  found that the entry of a Default is appropriate.

28  / / /

                                    1

47129

IT IS HEREBY ORDERED AND ADJUDGED:

1.    Judgment in this case is granted in favor of the Plaintiff, Kawasaki Motors Finance Corporation, and against Defendant, Donald B. Long, III, as follows:

a.    Defendant, Donald B. Long, III, shall pay Plaintiff, Kawasaki Motors Finance Corporation, the total default judgment sum of $149,568.06.

DATED: *February 21, 2008*

Honorable Cormac J. Carney
United States District Court Judge

47129